STEPHEN KERN, d/b/a
TRYCHO MUSIC INTERNATIONAL
24080 Huntridge Dr.
Murrieta, Ca. 92562
(909) 696-3576 fax (909) 696 3571
Plaintiff pro se

ROY SCHWARTZ
16 A KORE HADOROT ST
JERUSALEM ISRAEL

Defendant

```
FILED
CLERK, US DISTRICT COURT

SEP 28 2000

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY
```

Priority ✓
Send ✓
Enter
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

STEPHEN KERN, d/b/a  )
TRYCHO MUSIC INTERNATIONAL,  )
     )
          Plaintiff,  )    CASE NO: EDCV00-0272 RT (BQRx)
     )
     v.  )
     )
ROY SCHWARTZ, an individual  )
     )
          Defendant.  )
_____)

## STIPULATION AND ORDER OF DISMISSAL

The parties hereby announce to the Court that all matters in controversy have been privately compromised and settled, and the parties stipulate that this action should be dismissed without prejudice. Each party will bear and assume his own costs and fees.

This case is not subject to Federal Rules of Civil Procedure 23 (e) or 66 or any federal statute that would preclude the settlement and dismissal of this case.

///
///
///
///

✓ Docketed
✓ Copies / NTC Sent
✓ JS-5 / JS-6
__ JS-2 / JS-3
__ CLSD

ENTER ON ICMS

SEP 29

1

1  Wherefore, pursuant to the forgoing, it is hereby
2  ORDERED that this case should be and hereby is dismissed
3  without prejudice.
4  /
5  ENTER:  9/28/00

*[signature]*
Stephen Kern

*[signature]*
Roy Schwartz

*[signature]*
ROBERT J. TIMLIN
UNITED STATES DISTRICT JUDGE